No. 22-50337

# In the United States Court of Appeals for the Fifth Circuit

National Press Photographers Association; Texas Press Association; Joseph Pappalardo,

*Plaintiffs-Appellees/Cross-Appellants*,

*v.*

Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety; Dwight Mathis in his official capacity as Chief of the Texas Highway Patrol; Wes Mau, in his official capacity as District Attorney of Hays County, Texas,

*Defendants-Appellants/Cross-Appellees.*

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

## STATE DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEF

Under Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendants-Appellants/Cross-Appellees Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety, and Dwight Mathis, in his official capacity as Chief of the Texas Highway Patrol, (collectively, the State Defendants) respectfully move to extend the time to file their response and reply brief.

1. On July 8, 2022, this Court issued its briefing notice. Defendant-Appellant/Cross-Appellee Wes Mau filed his opening brief on August 17, 2022. After the Court granted the State Defendants a 30-day extension of time to file their opening brief, the State Defendants filed that brief on September 16, 2022. After the Court

granted Plaintiffs-Appellees/Cross-Appellants a 30-day extension of time to file their opening brief, Plaintiffs-Appellees/Cross-Appellants filed that brief on November 16, 2022. The State Defendants' response and reply brief is currently due on December 16, 2022.

2. The State Defendants respectfully request a 30-day extension of time to file their response and reply brief. A 30-day extension would make the State Defendants' brief due on January 17, 2023.[*]

3. The requested 30-day extension of time is necessary because of the complexity of this case and counsel's obligations on multiple matters, including:

- preparing for and presenting oral argument in *United States v. Texas*, No. 22-58 in the Supreme Court of the United States (oral argument set for November 29, 2022);

- preparing for and presenting oral argument in *Texas Health & Human Services Commission v. Pope*, No. 20-0999 in the Supreme Court of Texas (oral argument set for November 29, 2022);

- drafting Petitioner's reply brief on the merits in *In re J.S.*, No. 22-0420 in the Supreme Court of Texas (filed November 22, 2022);

- drafting Petitioner's reply in support of their petition for a writ of certiorari in *Texas v. Cook County*, No. 22-234 in the Supreme Court of the United States (filed November 28, 2022);

---

[*]Thirty days from the current due date, December 16, 2022, would be Sunday, January 15, 2023. The following Monday, January 16, is Martin Luther King Jr.'s Birthday. As a result, the time for the State Defendants to file their response and reply brief would extend to Tuesday, January 17, 2023. *See* Fed. R. App. P. 26(a)(1)(C), (a)(6)(A).

- drafting Respondent's brief in opposition to a petition for a writ of certiorari in *Hall v. Texas*, No. 22-5487 in the Supreme Court of the United States (due December 2, 2022);

- drafting an amicus brief in *Gonzalez v. Google LLC*, No. 21-1333 in the Supreme Court of the United States (due December 7, 2022); and

- drafting Defendants-Appellants' supplemental letter brief in *Freedom from Religion Foundation, Inc. v. Abbott*, No. 21-50469 in this Court (due December 9, 2022).

4. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension is granted.

For the foregoing reasons, the State Defendants respectfully request a 30-day extension of time to file their response and reply brief, to and including January 17, 2023.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Judd E. Stone II
Solicitor General
Judd.Stone@oag.texas.gov

Lanora C. Pettit
Principal Deputy Solicitor General

/s/ Cody Rutowski
Cody Rutowski
Assistant Solicitor General

Eric J. Hamilton
Assistant Solicitor General

Christopher D. Hilton
Assistant Attorney General

Heather L. Dyer
Assistant Attorney General

Counsel for Defendants-Appellants/Cross-Appellees Steven McCraw and Dwight Mathis in Their Official Capacities

## Certificate of Conference

On November 28–29, 2022, the parties conferred regarding this motion. Counsel for Plaintiffs–Appellees/Cross-Appellants and counsel for Defendant-Appellant/Cross-Appellee Wes Mau, in his official capacity as District Attorney of Hays County, Texas, do not oppose the relief requested.

/s/ Cody Rutowski
Cody Rutowski

## Certificate of Service

On November 29, 2022, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Cody Rutowski
Cody Rutowski

## Certificate of Compliance

This document complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 504 words, excluding exempted text; and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Cody Rutowski
Cody Rutowski
