No. 22-50337

# In the United States Court of Appeals for the Fifth Circuit

―――――――

NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; TEXAS PRESS ASSOCIATION; JOSEPH PAPPALARDO,

*Plaintiffs-Appellees/Cross-Appellants*,

v.

STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY; DWIGHT MATHIS IN HIS OFFICIAL CAPACITY AS CHIEF OF THE TEXAS HIGHWAY PATROL; KELLY HIGGINS, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF HAYS COUNTY, TEXAS,

*Defendants-Appellants/Cross-Appellees*.

―――――――

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

―――――――

**UNOPPOSED MOTION FOR LAW STUDENT APPEARANCE
TO PRESENT ORAL ARGUMENT**

―――――――

Plaintiffs-Appellees/Cross-Appellants National Press Photographers Association, Texas Press Association, and Joseph Pappalardo respectfully request that this Court allow rising third-year law student Timothy Tai from the Media Freedom & Information Access Clinic at Yale Law School (the "MFIA Clinic") to appear before the panel to present oral argument on their behalf. The Court has set this matter for argument at 9:00 a.m. on August 7, 2023. The following grounds support this Motion:

1. David A. Schulz, director of the MFIA Clinic, has been co-counsel for Plaintiffs-Appellees/Cross-Appellants since the inception of this matter. Central to the mission of the MFIA Clinic are the defense of the rights of newsgatherers such as are at issue in this case and training the next generation of lawyers to defend First Amendment freedoms. Student appearances advance the Clinic's educational mission. Mr. Tai is a former photojournalist himself and is particularly honored by the opportunity to appear before the Fifth Circuit in this appeal.

2. Plaintiffs-Appellees/Cross-Appellants have each consented to their representation on this appeal by a MFIA Clinic law student.

3. MFIA Clinic Director David A. Schulz is a member of the Yale Law School clinical faculty and admitted to practice before this Court. He will be present at the argument and will be responsible for the quality of the Mr. Tai's work.

4. This Court has granted similar motions in the past. For example, on March 2, 2021, this Court granted a motion for two SMU Dedman School of Law clinic students to present oral argument in *Butler v. Porter*, No. 19-30029. Similarly, on October 30, 2020, this Court granted a motion for three Tulane Law School clinic students to present oral argument in *Tucker v. City of Shreveport*, No. 19-30247; on July 24, 2019, this Court granted a motion for two Tulane Law School clinic students to present oral argument in *Blanchard-Daigle v. Geers*, No. 18-51022; on November 23, 2016, this Court granted a motion for a William & Mary Law School clinic

student to present oral argument in *McLin v. Ard*, No. 16-30201; and on October 13, 2016, this Court granted a motion for a Tulane Law School clinic student to present oral argument in *Coastal Conservation Association v. United States Department of Commerce*, No. 16-30137.

5. On June 26, 2023, undersigned counsel contacted by email Michael Shaunessy, counsel for Defendant-Appellant/Cross-Appellee Kelly Higgins in his official capacity, who stated that he does not oppose this motion. On June 26, 2023, undersigned counsel also contacted by email Lanora Pettit, counsel for Defendants-Appellants/Cross-Appellees Steven McCraw and Dwight Mathis in their official capacities, who took no position on the motion and thus does not oppose.

WHEREFORE, National Press Photographers Association, Texas Press Association, and Joseph Pappalardo respectfully request that this Court GRANT their motion for law student Timothy Tai to appear and present oral argument on their behalf in this appeal.

Dated: June 29, 2023

Respectfully submitted,

| | |
|---|---|
| LEAH M. NICHOLLS | /s/ *James A. Hemphill* |
| DC Bar No. 982730 | JAMES A. HEMPHILL |
| Public Justice | Texas State Bar No. 00787674 |
| 1620 L Street NW, Suite 630 | Graves, Dougherty, Hearon & Moody, P.C. |
| Washington, DC 20036 | 401 Congress Ave., Suite 2700 |
| Tel: (202) 797-8600 | Austin, Texas 78701 |
| lnicholls@publicjustice.net | Tel: (512) 480-5762 |

Fax: (512) 536-9907  
jhemphill@gdhm.com

DAVID A. SCHULZ  
NY State Bar No. 1514751  
Media Freedom and Information Access Clinic  
Yale Law School  
127 Wall Street  
New Haven, CT 06511  
Tel: (212) 850-6103  
Fax: (212) 223-1942  
david.schulz@yale.edu

MICKEY H. OSTERREICHER  
NY State Bar No. 2938678  
General Counsel  
National Press Photographers Association  
Finnerty Osterreicher & Abdulla  
70 Niagara Street  
Buffalo, NY 14202  
Tel: (716) 983-7800  
Fax: (716) 608-1509  
lawyer@nppa.org

ALICIA WAGNER CALZADA  
Texas State Bar No. 24076296  
Deputy General Counsel  
National Press Photographers Association  
Alicia Wagner Calzada, PLLC  
12023 Radium, Suite B1  
San Antonio, TX 78216  
Tel: (210) 825-1449  
Alicia@calzadalegal.com

Counsel for Plaintiffs-Appellees/Cross-Appellants

## Certificate of Conference

As set forth in this Motion, on June 26, 2023 the parties conferred regarding this motion. Counsel for Defendants-Appellants/Cross-Appellees indicated that this Motion is not opposed.

/s/ *James A. Hemphill*
JAMES A. HEMPHILL

## Certificate of Service

On June 29, 2023, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Webroot Endpoint Protection and is free of viruses.

/s/ *James A. Hemphill*
JAMES A. HEMPHILL

## Certificate of Compliance

This document complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 475 words, excluding exempted text; and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Times New Roman) using Microsoft Word (the same program used to calculate the word count).

/s/ James A. Hemphill
JAMES A. HEMPHILL
