# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50337

---

National Press Photographers Association; Texas Press Association; Joseph Pappalardo,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

Steven McCraw, *in his official capacity as Director of the Texas Department of Public Safety*; Dwight Mathis, *in his official capacity as Chief of the Texas Highway Patrol*; Kelly Higgins, *in his official capacity as District Attorney of Hays County, Texas*,

*Defendants—Appellants/Cross-Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-946

---

## UNPUBLISHED ORDER

Before Clement, Elrod, and Willett, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Plaintiffs' petition for panel rehearing is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Defendant Higgins's petition for panel rehearing is DENIED.